**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1368**

---

KWAME GYAMFI,

             Plaintiff - Appellant,

        v.

SSCI CORPORATION,

             Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   John Foster Anderson, Magistrate Judge.  (1:13-cv-01293-JFA)

---

Submitted:  August 21, 2014          Decided:  August 25, 2014

---

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kwame Gyamfi, Appellant Pro Se.  Frank Regis Gulino, Declan C. Leonard, Kathryn Megan Lipp, BERENZWEIG LEONARD, LLP, McLean, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kwame Gyamfi appeals the magistrate judge's orders dismissing his complaint without prejudice and for lack of jurisdiction, denying his motion for recusal of the magistrate judge, and denying his motion for reconsideration.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Gyamfi v. SSCI Corp., No. 1:13-cv-01293-JFA (E.D. Va. Dec. 13, 2013, Jan. 7, 2014, & Feb. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).